# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cooper, Christopher R. | U.S. District Court for the District of Columbia | 04/21/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge - Active status | ☐ Nomination  Date <br> ☐ Initial  ✔ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

333 Constitution Ave. NW
Washington, DC 20001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | 1208 Broad Street LLC |
| 2. | Director | Christian Benevolent Funeral Home, Inc. |
| 3. | Trustee | St. Albans School |
| 4. | Board of Directors/Trustee | Trinity Preparatory School |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 04/21/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Self-employed (attorney) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 04/21/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. TADS | Tuition | K |
| 2. UBS Bank USA | Line of credit | M |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 04/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Justice Federal Credit Union (cash) (X) | | None | N | T | | | | | |
| 3. NatWest Bank Current Account (cash) | | None | J | T | | | | | |
| 4. Commonwealth National Bank stock | | None | N | U | | | | | |
| 5. Christian Benevolent Funeral Home stock | | None | O | U | | | | | |
| 6. 1208 Broad Street LLC (LLC interest) | D | Distribution | L | U | | | | | |
| 7. Arnold & Porter Capital Account | | None | N | T | | | | | |
| 8. Arnold & Porter cash balance pension plan (no control) | E | Interest | N | T | | | | | |
| 9. Xenimax | | None | O | T | | | | | |
| 10. Account #1 (H) | | | | | | | | | |
| 11. UBS Bank USA Dep Acct (cash) | A | Interest | K | T | | | | | |
| 12. iShares S&P SmallCap 600 (IJT) | A | Dividend | K | T | | | | | |
| 13. iShares Core MSCI EAFE (IEFA) | B | Dividend | M | T | | | | | |
| 14. AQR U.S. Defense Equity Fund Class 1 (AUEIX) | B | Dividend | L | T | | | | | |
| 15. Brown Advisory Sm Cap Val (BAUUX) | A | Dividend | K | T | | | | | |
| 16. Cambiar Intl Equity Instl (CAMYX) | A | Dividend | L | T | | | | | |
| 17. Causeway Emerg Mkts (CEMIX) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 04/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Clearbridge Large Cap Growth Fund Class 1 (SBLYX) | C | Dividend | L | T | | | | | |
| 19. Harding Loevner Intl Equity (HLMIX) | A | Dividend | L | T | | | | | |
| 20. Hartford Schroeders Emerging Mkts Equity Fund Class 1 (SEMNX) | D | Dividend | L | T | | | | | |
| 21. JP Morgan Large Cap Growth Cl I (SEEGX) | C | Dividend | L | T | | | | | |
| 22. LSV Value Equity Fund Class NL (LSVEX) | C | Dividend | L | T | | | | | |
| 23. Hartford Midcap Fund I (HFMIX) | | None | K | T | | | | | |
| 24. Transamerica Midcap Value Opps Fd (MVTIX) | A | Dividend | K | T | | | | | |
| 25. iShares US Treasury Bond ETF (GOVT) | B | Dividend | L | T | | | | | |
| 26. Pimco Enhanced Short Mat Active Exchange-Traded Fd (MINT) | A | Dividend | K | T | | | | | |
| 27. SPDR Bloomberg Barclays 1-3 Mo T-Bill (BIL) | A | Dividend | K | T | | | | | |
| 28. Ashmore Emerging Markets Total Return Fund Class 1 (EMKIX) | B | Dividend | K | T | | | | | |
| 29. Lord Abbett High Yield Fund (LHYFX) | B | Dividend | K | T | | | | | |
| 30. Pimco Invest Grade Credit Bond (PBDPX) | C | Dividend | M | T | | | | | |
| 31. Account #2 (H) | | | | | | | | | |
| 32. Wells Fargo Bank Deposit Acct. (cash) | A | Interest | N | T | | | | | |
| 33. Advanced Micro Devices, Inc. (AMD) | | None | | | Buy | 03/18/20 | J | | |
| 34. | | | | | Sold | 07/15/20 | J | C | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 04/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. AT&T Inc. (T) | A | Dividend | J | T | Buy | 04/28/20 | J | | |
| 36. Bank of America Corp. (BAC) | A | Dividend | K | T | Buy | 03/18/20 | J | | |
| 37. General Motors Co. (GM) | | None | | | Buy | 04/28/20 | J | | |
| 38. | | | | | Sold | 07/15/20 | J | A | |
| 39. Prudential Financial Inc. (PRU) | A | Dividend | K | T | Buy | 04/27/20 | J | | |
| 40. Schwab Charles Corp New (SCHW) | A | Dividend | K | T | Buy | 03/18/20 | J | | |
| 41. Square Inc-A (SQ) | | None | | | Buy | 03/19/20 | J | | |
| 42. | | | | | Sold | 04/27/20 | K | D | |
| 43. Teva Pharmaceutical Adr Inds LTD (TEVA) | | None | J | T | Buy | 04/27/20 | J | | |
| 44. United Parcel Service-B (UPS) | A | Dividend | K | T | Buy | 04/27/20 | J | | |
| 45. Carillon Ser Tr Eagle Mid Cap Growth (HAGIX) | B | Dividend | M | T | | | | | |
| 46. American Funds Growth Fund of America Cl F2 (GFFFX) | D | Dividend | M | T | Sold (part) | 07/15/20 | M | D | |
| 47. American Funds New World Fund Cl F2 (NFFFX) | A | Dividend | M | T | | | | | |
| 48. American Funds Washington Mutual Fd F2 (WMFFX) | D | Dividend | M | T | | | | | |
| 49. Legg Mason Funds Clearbridge Small Cap Fund Class 1 (LMNSX) | A | Dividend | L | T | | | | | |
| 50. American Funds Europacific Growth Fund Class F-2 (AEPFX) | A | Dividend | M | T | | | | | |
| 51. PGIM Total Return Bond Class Z (PDBZX) | D | Dividend | M | T | Sold (part) | 03/19/20 | M | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 04/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | PGIM Absolute Return Bond Class Z (PADZX) | D | Dividend | N | T | | | | | |
| 53. | PGIM Core Bond Cl Z (TAIBX) | C | Dividend | L | T | Sold (part) | 03/19/20 | L | | |
| 54. | Teton Westwood Equity Mighty Mites Fund Class 1 (WEIMX) | D | Dividend | M | T | | | | | |
| 55. | Account #3 (H) | | | | | | | | | |
| 56. | Credit Suisse Fl. Rate High Income Fund A (CHIAX) | C | Dividend | M | T | | | | | |
| 57. | Account #4 (H) | | | | | | | | | |
| 58. | Wells Fargo Deposit Account (cash) | A | Interest | J | T | | | | | |
| 59. | Abbott (ABT) | A | Dividend | K | T | | | | | |
| 60. | Accenture (ACN) | A | Dividend | J | T | | | | | |
| 61. | Aflac (AFL) | A | Dividend | J | T | Sold (part) | 03/17/20 | J | | |
| 62. | | | | | | Buy (add'l) | 04/17/20 | J | | |
| 63. | Air Products & Chemicals (APD) | A | Dividend | J | T | | | | | |
| 64. | American Tower Corp Reit (AMT) | A | Dividend | J | T | Buy | 04/08/20 | J | | |
| 65. | | | | | | Buy (add'l) | 09/04/20 | J | | |
| 66. | Amgen Inc (AMGN) | A | Dividend | J | T | | | | | |
| 67. | Analog Devices (ADI) | A | Dividend | J | T | | | | | |
| 68. | Apple Inc (AAPL) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 04/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | AT&T (T) | A | Dividend | J | T | | | | | |
| 70. | ADP (ADP) | A | Dividend | J | T | | | | | |
| 71. | Becton Dickinson (BDX) | A | Dividend | J | T | | | | | |
| 72. | Blackrock (BLK) | A | Dividend | J | T | | | | | |
| 73. | Chevron (CVX) | A | Dividend | J | T | Sold | 03/17/20 | J | | |
| 74. | | | | | | Buy | 04/17/20 | J | | |
| 75. | Chubb (CB) | A | Dividend | J | T | Sold | 03/17/20 | J | | |
| 76. | | | | | | Buy | 04/17/20 | J | | |
| 77. | Cisco Systems Inc (CSCO) | A | Dividend | J | T | | | | | |
| 78. | Clorox (CLX) | A | Dividend | J | T | Sold<br>(part) | 03/25/20 | J | | |
| 79. | | | | | | Buy<br>(add'l) | 04/17/20 | J | | |
| 80. | Colgate Palmolive (CL) | A | Dividend | J | T | | | | | |
| 81. | Comcast Corp (CMCSA) | A | Dividend | J | T | Sold | 03/17/20 | J | | |
| 82. | | | | | | Buy | 04/17/20 | J | | |
| 83. | Eaton Vance (EV) | A | Dividend | J | T | Sold | 03/17/20 | J | | |
| 84. | | | | | | Buy | 04/17/20 | J | | |
| 85. | Emerson Electric (EMR) | A | Dividend | J | T | Sold | 03/17/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 04/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy | 04/17/20 | J | | |
| 87. Eversource Energy (ES) | A | Dividend | J | T | | | | | |
| 88. ExxonMobil (XOM) | A | Dividend | | | Sold | 03/17/20 | J | | |
| 89. | | | | | Buy | 04/17/20 | J | | |
| 90. | | | | | Sold | 08/07/20 | J | | |
| 91. Factset Research (FDS) | A | Dividend | J | T | | | | | |
| 92. General Dynamics (GD) | A | Dividend | J | T | | | | | |
| 93. Illinois Tool Works (ITW) | A | Dividend | J | T | | | | | |
| 94. Johnson & Johnson (JNJ) | A | Dividend | K | T | Sold (part) | 03/17/20 | J | | |
| 95. | | | | | Buy (add'l) | 04/17/20 | J | | |
| 96. JP Morgan Chase & Co (JPM) | A | Dividend | J | T | Sold | 03/17/20 | J | | |
| 97. | | | | | Buy | 04/17/20 | J | | |
| 98. Linde PLC (LIN) | A | Dividend | J | T | Sold | 03/17/20 | J | | |
| 99. | | | | | Buy | 04/17/20 | J | | |
| 100. Lowes Companies (LOW) | A | Dividend | K | T | | | | | |
| 101. L3Harris Technologies (LHX) | A | Dividend | J | T | | | | | |
| 102. McDonalds (MCD) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 04/21/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Medtronic (MDT) | A | Dividend | J | T | | | | | |
| 104. Microsoft (MSFT) | A | Dividend | K | T | | | | | |
| 105. Nextera Energy (NEE) | A | Dividend | K | T | | | | | |
| 106. Nike (NKE) | A | Dividend | J | T | | | | | |
| 107. Norfolk Southern (NSC) | A | Dividend | J | T | | | | | |
| 108. Novartis (NVS) | A | Dividend | J | T | | | | | |
| 109. Paychex Inc (PAYX) | A | Dividend | J | T | | | | | |
| 110. PepsiCo (PEP) | A | Dividend | J | T | | | | | |
| 111. Phillips 66 (PSX) | A | Dividend | J | T | Sold (part) | 03/17/20 | J | | |
| 112. | | | | | Buy (add'l) | 04/17/20 | J | | |
| 113. | | | | | Buy (add'l) | 12/18/20 | J | | |
| 114. Polaris Indus. (PII) | A | Dividend | | | Sold | 04/08/20 | J | | |
| 115. P&G (PG) | A | Dividend | J | T | | | | | |
| 116. Raytheon Technologies Corp (RTX) (Frmly United Technologies (UTX)) | A | Dividend | J | T | Sold (part) | 03/17/20 | J | | |
| 117. | | | | | Buy (add'l) | 04/17/20 | J | | |
| 118. Sysco Corp. (SYY) | A | Dividend | | | Sold | 06/10/20 | J | | |
| 119. Target (TGT) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 04/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. UnitedHealth Group Inc (UNH) (X) | A | Dividend | J | T | Buy (add'l) | 04/17/20 | J | | |
| 121. | | | | | Buy (add'l) | 09/03/20 | J | | |
| 122. US Bancorp New (USB) | A | Dividend | J | T | Sold | 03/17/20 | J | | |
| 123. | | | | | Buy | 04/17/20 | J | | |
| 124. VF Corp. (VFC) | A | Dividend | J | T | | | | | |
| 125. Wal-Mart (WMT) | A | Dividend | J | T | | | | | |
| 126. Wisconsin Energy (WEC) | A | Dividend | J | T | | | | | |
| 127. 3M (MMM) | A | Dividend | J | T | | | | | |
| 128. Account #5 (H) | | | | | | | | | |
| 129. Wells Fargo Cash Management and Sweep (cash) | A | Interest | J | T | | | | | |
| 130. Allegion PLC (ALLE) | A | Dividend | K | T | Buy | 03/11/20 | J | | |
| 131. | | | | | Buy (add'l) | 03/12/20 | J | | |
| 132. | | | | | Sold | 03/17/20 | J | | |
| 133. | | | | | Buy | 04/17/20 | J | | |
| 134. | | | | | Buy (add'l) | 09/14/20 | J | | |
| 135. | | | | | Buy (add'l) | 09/15/20 | J | | |
| 136. | | | | | Buy (add'l) | 09/16/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 04/21/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  Amn Healthcare Services Inc (AMN) | | None | | | Sold<br>(part) | 06/25/20 | J | | |
| 138. | | | | | Sold<br>(part) | 06/26/20 | J | | |
| 139. | | | | | Sold | 06/29/20 | J | | |
| 140.  Ansys Inc. (ANSS) | | None | K | T | | | | | |
| 141.  Aspen Technology (AZPN) | | None | K | T | Sold<br>(part) | 03/11/20 | J | | |
| 142. | | | | | Sold<br>(part) | 03/12/20 | J | | |
| 143.  Bentley Systems Inc (BSY) | A | Dividend | K | T | Buy | 11/18/20 | J | | |
| 144. | | | | | Buy<br>(add'l) | 11/19/20 | J | | |
| 145. | | | | | Buy<br>(add'l) | 11/20/20 | J | | |
| 146. | | | | | Buy<br>(add'l) | 11/23/20 | J | | |
| 147. | | | | | Buy<br>(add'l) | 11/24/20 | J | | |
| 148. | | | | | Buy<br>(add'l) | 11/30/20 | J | | |
| 149. | | | | | Buy<br>(add'l) | 12/01/20 | J | | |
| 150.  Berkeley WR Corp (WRB) | A | Dividend | K | T | Sold<br>(part) | 04/17/20 | J | | |
| 151. | | | | | Buy<br>(add'l) | 09/14/20 | J | | |
| 152. | | | | | Buy<br>(add'l) | 09/15/20 | J | | |
| 153. | | | | | Buy<br>(add'l) | 09/16/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 04/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 09/17/20 | J | | |
| 155. Bright Horizons Family Solutions (BFAM) | | None | K | T | Buy | 06/08/20 | J | | |
| 156. | | | | | Buy (add'l) | 06/09/20 | J | | |
| 157. CDW Corp. (CDW) | A | Dividend | K | T | Sold (part) | 04/17/20 | J | | |
| 158. Charles River Laboratories (CRL) | | None | K | T | Sold | 03/17/20 | J | | |
| 159. | | | | | Buy | 04/17/20 | J | | |
| 160. CheMed Corp (CHE) | A | Dividend | K | T | Buy | 06/25/20 | J | | |
| 161. | | | | | Buy (add'l) | 06/26/20 | J | | |
| 162. | | | | | Buy (add'l) | 06/29/20 | J | | |
| 163. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 164. Cooper Cos (COO) | A | Dividend | K | T | Sold (part) | 04/17/20 | J | | |
| 165. | | | | | Buy (add'l) | 09/16/20 | J | | |
| 166. | | | | | Buy (add'l) | 09/17/20 | J | | |
| 167. Copart Inc (CPRT) | | None | K | T | Sold (part) | 04/17/20 | J | | |
| 168. Docusign Inc (DOCU) | | None | K | T | Sold (part) | 05/21/20 | J | | |
| 169. | | | | | Sold (part) | 07/09/20 | J | | |
| 170. | | | | | Sold (part) | 09/14/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 04/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  Elanco Animal Health Inc (ELAN) | | None | K | T | Sold | 03/17/20 | J | | |
| 172. | | | | | Buy | 04/17/20 | J | | |
| 173. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 174.  Equifax Inc (EFX) | A | Dividend | K | T | Buy | 03/11/20 | J | | |
| 175. | | | | | Buy (add'l) | 03/12/20 | J | | |
| 176. | | | | | Sold | 03/17/20 | J | | |
| 177. | | | | | Buy | 04/17/20 | J | | |
| 178. | | | | | Buy (add'l) | 09/03/20 | J | | |
| 179. | | | | | Buy (add'l) | 09/04/20 | J | | |
| 180.  Exponent Inc (EFX) | A | Dividend | J | T | Buy | 06/16/20 | J | | |
| 181. | | | | | Buy (add'l) | 06/17/20 | J | | |
| 182. | | | | | Buy (add'l) | 06/18/20 | J | | |
| 183. | | | | | Buy (add'l) | 06/19/20 | J | | |
| 184. | | | | | Buy (add'l) | 06/22/20 | J | | |
| 185. | | | | | Buy (add'l) | 06/23/20 | J | | |
| 186.  Expeditors Intl. (EXPD) | | None | | | Sold (part) | 03/11/20 | J | | |
| 187. | | | | | Sold | 03/13/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 04/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Fair Isaac Inc (FICO) | | None | J | T | Sold | 03/17/20 | J | | |
| 189. | | | | | Buy | 04/17/20 | J | | |
| 190. Flir Systems Inc (FLIR) | A | Dividend | J | T | Sold | 03/17/20 | J | | |
| 191. | | | | | Buy | 04/17/20 | J | | |
| 192. Interactive Brokers Grp (IBKR) | A | Dividend | J | T | Sold | 03/17/20 | J | | |
| 193. | | | | | Buy | 04/17/20 | J | | |
| 194. Jack Henry & Assoc. (JKHY) | A | Dividend | K | T | Sold (part) | 04/17/20 | J | | |
| 195. Lennox International (LII) | A | Dividend | K | T | | | | | |
| 196. MSCI Inc. (MSCI) | A | Dividend | K | T | Sold (part) | 03/11/20 | J | | |
| 197. | | | | | Sold (part) | 04/17/20 | J | | |
| 198. | | | | | Sold (part) | 06/03/20 | J | | |
| 199. Nordson Corp. (NDSN) | A | Dividend | K | T | Sold (part) | 04/17/20 | J | | |
| 200. nVent Electric PLC (NVT) | A | Dividend | | | Sold | 03/17/20 | J | | |
| 201. | | | | | Buy | 04/17/20 | J | | |
| 202. | | | | | Sold (part) | 09/14/20 | J | | |
| 203. | | | | | Sold (part) | 09/15/20 | J | | |
| 204. | | | | | Sold (part) | 09/16/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 04/21/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold | 09/17/20 | J | | |
| 206.  Pool Corp (POOL) | A | Dividend | K | T | | | | | |
| 207.  Primerica (PRI) | A | Dividend | | | Sold (part) | 04/17/20 | J | | |
| 208. | | | | | Sold (part) | 10/01/20 | J | | |
| 209. | | | | | Sold (part) | 10/02/20 | J | | |
| 210. | | | | | Sold (part) | 10/05/20 | J | | |
| 211. | | | | | Sold (part) | 10/06/20 | J | | |
| 212. | | | | | Sold | 10/07/20 | J | | |
| 213.  RBC Bearings (ROLL) | | None | | | Sold (part) | 04/14/20 | J | | |
| 214. | | | | | Buy (add'l) | 04/17/20 | J | | |
| 215. | | | | | Sold (part) | 10/01/20 | J | | |
| 216. | | | | | Sold (part) | 10/02/20 | J | | |
| 217. | | | | | Sold (part) | 10/05/20 | J | | |
| 218. | | | | | Sold (part) | 10/06/20 | J | | |
| 219. | | | | | Sold (part) | 10/07/20 | J | | |
| 220. | | | | | Sold | 10/08/20 | J | | |
| 221.  Rollins Inc (ROL) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 04/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. Scotts Miracle-Gro Co (SMG) | B | Dividend | K | T | Sold (part) | 04/17/20 | J | | |
| 223. Siteone Landscape Supply (SITE) | | None | K | T | Sold | 03/17/20 | J | | |
| 224. | | | | | Buy | 04/17/20 | J | | |
| 225. Teradyne (TER) | A | Dividend | K | T | Sold (part) | 04/17/20 | J | | |
| 226. Thor Industries (THO) | A | Dividend | K | T | Sold | 03/17/20 | J | | |
| 227. | | | | | Buy | 04/17/20 | J | | |
| 228. Tractor Supply Co (TSCO) | A | Dividend | | | Sold (part) | 03/17/20 | J | | |
| 229. | | | | | Buy (add'l) | 04/17/20 | J | | |
| 230. | | | | | Sold | 05/21/20 | J | | |
| 231. Zebra Technologies (ZBRA) | | None | K | T | Buy (add'l) | 03/11/20 | J | | |
| 232. | | | | | Sold | 03/17/20 | J | | |
| 233. | | | | | Buy | 04/17/20 | J | | |
| 234. Account #6 (H) | | | | | | | | | |
| 235. Wells Fargo (cash) | A | Interest | N | T | | | | | |
| 236. Amazon (AMZN) | | None | M | T | Sold (part) | 07/15/20 | M | | |
| 237. American Express (AXP) | A | Dividend | K | T | | | | | |
| 238. Ameriprise (AMP) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 04/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  Cisco (CSCO) | B | Dividend | K | T | | | | | |
| 240.  Coca-Cola Company (KO) | A | Dividend | K | T | | | | | |
| 241.  Eli Lilly (LLY) | A | Dividend | K | T | | | | | |
| 242.  GE (GE) | A | Dividend | | | Sold | 07/15/20 | J | | |
| 243.  Intel (INTC) | B | Dividend | L | T | | | | | |
| 244.  Invesco QQQ TR (QQQ) | A | Dividend | L | T | Sold (part) | 07/15/20 | K | | |
| 245.  iShares MSCI Russell 2000 ETF (IWM) | A | Dividend | L | T | | | | | |
| 246.  iShares MSCI Russell MidCap ETF (IWR) | A | Dividend | L | T | | | | | |
| 247.  Marathon Petroleum Corp (MPC) | B | Dividend | K | T | | | | | |
| 248.  Microsoft (MSFT) | B | Dividend | M | T | Sold (part) | 07/15/20 | L | | |
| 249.  SPDR Dow Jones Ind. ETF (DIA) | A | Dividend | K | T | | | | | |
| 250.  SPDR S&P 500 ETF (SPY) | B | Dividend | L | T | | | | | |
| 251.  Walker & Dunlop (WD) | B | Dividend | M | T | | | | | |
| 252.  Waste Management (WM) | A | Dividend | K | T | | | | | |
| 253.  Account #7 (H) | | | | | | | | | |
| 254.  UBS Bank USA Deposit Acct. (cash) | A | Interest | K | T | | | | | |
| 255.  Abbott Labs (ABT) | A | Dividend | K | T | Buy (add'l) | 01/21/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 04/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256. | | | | | Buy<br>(add'l) | 03/13/20 | J | | |
| 257. | | | | | Sold<br>(part) | 03/26/20 | J | | |
| 258.  Accenture PLC (ACN) | A | Dividend | K | T | Sold<br>(part) | 03/26/20 | J | A | |
| 259.  Adobe Systems Inc (ADBE) | | None | L | T | Sold<br>(part) | 03/26/20 | J | C | |
| 260.  Align Technology (ALGN) | | None | K | T | Sold<br>(part) | 03/26/20 | J | A | |
| 261. | | | | | Sold<br>(part) | 08/27/20 | J | C | |
| 262.  Alphabet Inc Cl A (GOOGL) | | None | K | T | Sold<br>(part) | 03/26/20 | J | A | |
| 263.  Alphabet Inc Cl C (GOOG) | | None | L | T | Sold<br>(part) | 03/26/20 | J | B | |
| 264.  Autodesk Inc (ADSK) | | None | K | T | Buy | 03/20/20 | J | | |
| 265. | | | | | Sold<br>(part) | 03/26/20 | J | A | |
| 266. | | | | | Buy<br>(add'l) | 06/03/20 | J | | |
| 267.  Automatic Data Processing (ADP) | A | Dividend | | | Sold<br>(part) | 03/26/20 | J | A | |
| 268. | | | | | Sold | 08/13/20 | K | C | |
| 269.  Booking Hldgs Inc (BKNG) | | None | | | Sold | 03/20/20 | J | | |
| 270.  Dollar General Corp (DG) | A | Dividend | K | T | Sold<br>(part) | 01/09/20 | J | C | |
| 271. | | | | | Sold<br>(part) | 03/26/20 | J | B | |
| 272.  Facebook Inc Cl A (FB) | | None | L | T | Buy<br>(add'l) | 03/26/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 04/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. | | | | | Sold (part) | 03/26/20 | J | A | |
| 274. Gartner Inc (IT) | | None | K | T | Sold (part) | 03/26/20 | J | | |
| 275. Illumina Inc (ILMN) | | None | K | T | Buy | 09/28/20 | J | | |
| 276. | | | | | Buy (add'l) | 09/29/20 | J | | |
| 277. Intuitive Surgical Inc New (ISRG) | | None | K | T | Buy | 09/09/20 | K | | |
| 278. Mastercard Inc (MA) | A | Dividend | K | T | Sold (part) | 03/26/20 | J | B | |
| 279. Microsoft Inc (MSFT) | A | Dividend | L | T | Sold (part) | 03/26/20 | J | C | |
| 280. | | | | | Sold (part) | 09/30/20 | K | D | |
| 281. MSCI Inc. (MSCI) | A | Dividend | K | T | Sold (part) | 03/26/20 | J | A | |
| 282. | | | | | Sold (part) | 08/11/20 | J | B | |
| 283. Nestle SA Spon ADR (NSRGY) | | None | | | Sold (part) | 01/15/20 | J | B | |
| 284. | | | | | Sold | 03/11/20 | K | C | |
| 285. Nike Inc Cl B (NKE) | A | Dividend | K | T | Sold (part) | 01/09/20 | J | C | |
| 286. | | | | | Sold (part) | 03/26/20 | J | A | |
| 287. | | | | | Sold (part) | 06/12/20 | J | B | |
| 288. O Reilly Automotive (ORLY) | | None | | | Sold (part) | 01/22/20 | J | C | |
| 289. | | | | | Sold | 03/26/20 | J | C | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 04/21/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290. PayPal Holdings Inc (PYPL) | | None | K | T | Sold<br>(part) | 03/26/20 | J | A | |
| 291. | | | | | Sold<br>(part) | 08/19/20 | J | C | |
| 292. Regeneron Pharmaceuticals (REGN) | | None | K | T | Sold<br>(part) | 03/26/20 | J | A | |
| 293. Salesforce.com (CRM) | | None | K | T | Buy<br>(add'l) | 01/13/20 | J | | |
| 294. | | | | | Sold<br>(part) | 03/26/20 | J | | |
| 295. Servicenow Inc (NOW) | | None | K | T | Buy<br>(add'l) | 01/24/20 | J | | |
| 296. | | | | | Sold<br>(part) | 03/26/20 | J | A | |
| 297. | | | | | Sold<br>(part) | 08/19/20 | J | B | |
| 298. Starbucks Corp (SBUX) | A | Dividend | K | T | Sold<br>(part) | 03/26/20 | J | A | |
| 299. | | | | | Buy<br>(add'l) | 06/16/20 | J | | |
| 300. United Health Group Inc (UNH) | A | Dividend | K | T | Buy | 08/17/20 | K | | |
| 301. Visa Inc Cl A (V) | A | Dividend | K | T | Sold<br>(part) | 03/17/20 | J | C | |
| 302. | | | | | Sold<br>(part) | 03/26/20 | J | B | |
| 303. Zoetis Inc (ZTS) | A | Dividend | K | T | Sold<br>(part) | 03/18/20 | J | B | |
| 304. | | | | | Sold<br>(part) | 03/26/20 | J | B | |
| 305. First TR North American Energy (EMLP) | C | Dividend | L | T | Buy<br>(add'l) | 03/27/20 | J | | |
| 306. First Trust Dow Jones Internet Index Fund ETF (FDN) | | None | L | T | Buy | 03/31/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 04/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307.  iShares Edge MSCI Min Vol USA (USMV) | B | Dividend | L | T | Sold (part) | 03/25/20 | L | D | |
| 308.  iShares Core MSCI Emerging Mkts (IEMG) | A | Dividend | K | T | Sold (part) | 03/25/20 | J | | |
| 309.  SPDR S&P 500 ETF (SPY) | B | Dividend | M | T | Sold (part) | 03/25/20 | K | B | |
| 310.  Vanguard Value ETF (VTV) | | None | | | Sold | 03/25/20 | L | | |
| 311.  Diamond Hill Large Cap (DHLRX) | | None | L | T | Sold (part) | 03/25/20 | J | | |
| 312.  Harding Loevner Intl Equity (HLMIX) | | None | N | T | Sold (part) | 03/25/20 | M | | |
| 313.  Matthews Asia Dividend (MAPIX) | A | Dividend | L | T | Buy | 03/26/20 | K | | |
| 314.  Virtus Kar Small-Cap Core Fund (PKSFX) | D | Dividend | M | T | Sold (part) | 03/25/20 | L | D | |
| 315.  WCM Focusted Intl Growth (WCMIX) | D | Dividend | N | T | Buy (add'l) | 03/26/20 | L | | |
| 316.  Los Angeles CA Hbr Ami Sa A Rv (544552VC3) | A | Interest | | | Sold | 08/01/20 | K | | |
| 317.  WI St Health & Ed Sr B (97710B4L3) | A | Interest | | | Redeemed | 08/17/20 | K | | |
| 318.  CA Infrastructure 2017 (13034ART9) | A | Interest | | | Redeemed | 10/01/20 | J | | |
| 319.  Grossmont CA Healthca Re Sr (399223BV7) | A | Interest | K | T | | | | | |
| 320.  Walnut Valley CA USD (932889UP1) | A | Interest | K | T | | | | | |
| 321.  AR St Water & Waste (041042VC3) | | None | | | Sold | 03/26/20 | L | | |
| 322.  Dallas Ft Worth TX In Amt Sr (235036D49) | A | Interest | K | T | | | | | |
| 323.  Columbus OH (199492VF3) | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 04/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 324. Washington Subn San Dist (940157WQ9) | B | Interest | K | T | | | | | |
| 325. Chandler AZ Gen Oblig (158843WN8) | A | Interest | J | T | | | | | |
| 326. Las Cruces NM (517534XP3) | A | Interest | J | T | Buy | 05/07/20 | J | | |
| 327. Denton TX Indpt Sch T FO (249002GR1) | | None | K | T | Buy | 09/10/20 | K | | |
| 328. Fairfax Cnty VA For Prev Sr (B30382ACG5) | | None | | | Sold | 03/26/20 | L | | |
| 329. Chesterfield Co VA Wtr & RV (166409GE6) | B | Interest | L | T | | | | | |
| 330. MO St Hwy Trans Sr A Rv (60636WRK3) | B | Interest | L | T | | | | | |
| 331. Prince Georges Cnty Md S B Be/R/5 (741701489) | A | Interest | J | T | | | | | |
| 332. NY St Dorm Auth Sr A Rv (64990CQD6) | B | Interest | L | T | | | | | |
| 333. Met Govt Nashville & David (592112RM0) | A | Interest | K | T | | | | | |
| 334. Honolulu HI City Cnty-B (438701H31) | B | Interest | K | T | | | | | |
| 335. Kansas St Dept Transn (485424SF3) | A | Interest | J | T | | | | | |
| 336. Hamilton County TN (4073247G1) | | None | K | T | Buy | 09/24/20 | K | | |
| 337. North Tex TWY Auth Rev (66285WZL3) | A | Interest | J | T | | | | | |
| 338. Washington St For Issues (93974D2G2) | A | Interest | J | T | | | | | |
| 339. University KY Gen RCPTS (914378MB7) | A | Interest | K | T | Buy<br>(add'l) | 03/12/20 | J | | |
| 340. Washington St Health Car Sr B (93978HGE9) | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 04/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 341. TCW Emerging Markets Income Fund Class I (TGEIX) | B | Dividend | L | T | Buy | 03/26/20 | K | | |
| 342. | | | | | Buy (add'l) | 03/30/20 | K | | |
| 343. Vanguard High Yield Tax Exempt Fd Adm (VWALX) | C | Dividend | M | T | Sold (part) | 03/25/20 | L | A | |
| 344. Blackrock Event Driven Equity Fund Class Institutional (BILPX) | B | Dividend | L | T | Buy | 03/26/20 | K | | |
| 345. Calamos Market Neutral Income Fund (CMNIX) | A | Dividend | K | T | Buy | 03/26/20 | K | | |
| 346. iShares Gold Trust ETF (IAU) | | None | L | T | Buy | 03/31/20 | L | | |
| 347. Account #8 (H) | | | | | | | | | |
| 348. AllianceBernstein CBF-Age-Based Agg Grth 1999-2001 | | None | K | T | | | | | |
| 349. DC College Savings Plan – Ascensus Intermediate-Term Bond Portfolio | | None | J | T | | | | | |
| 350. DC College Savings Plan – Ascensus U.S. Large Cap Equity Portfolio | | None | L | T | | | | | |
| 351. DC College Savings Plan – Ascensus U.S. Total Stock Market Index Portf | | None | L | T | | | | | |
| 352. Account #9 (H) | | | | | | | | | |
| 353. JPMCB Smart Ret PB 2040 C | | None | O | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cooper, Christopher R.** | 04/21/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part VII, lines 7-9 and 353 were inadvertently omitted from prior reports.

Part VII, lines 349-351: Corporate exchanges from lines 250-252, respectively, of the prior report. No corresponding reporatable transactions.

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 04/21/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Christopher R. Cooper**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544